Copyrights-In-Suit for IP Address 174.66.198.66

**ISP:** Cox Communications
**Location:** Rocky River, OH

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 05/15/2014 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 11/05/2013 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 05/12/2014 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 12/15/2013 |
| Date Night at Home | PA0001864689 | 09/29/2013 | 09/30/2013 | 10/22/2013 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 12/22/2013 |
| Getting Down | PA0001838601 | 04/25/2013 | 05/14/2013 | 12/15/2013 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 10/22/2013 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 04/04/2014 |
| Lovely Lovers | PA0001787330 | 04/18/2012 | 04/18/2012 | 02/12/2014 |
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 11/06/2013 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 12/15/2013 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 02/20/2014 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 12/15/2013 |
| Many Shades of Grey | PA0001872083 | 11/29/2013 | 12/04/2013 | 02/12/2014 |
| Spur Of The Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 12/15/2013 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 02/12/2014 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/21/2012 | 12/15/2013 |
| Truth or Dare | PA0001846099 | 05/16/2013 | 06/30/2013 | 12/15/2013 |

**Total Malibu Media, LLC Copyrights Infringed:  19**

EXHIBIT B

NOH5